# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00179(1)-ADA |
| | § | |
| (1) DANIEL EDGAR PEREZ-CORTES | § | |

### **ORDER**

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 5, 2025, wherein the defendant (1) DANIEL EDGAR PEREZ-CORTES waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DANIEL EDGAR PEREZ-CORTES to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (1) DANIEL EDGAR PEREZ-CORTES' plea of guilty to Count One (1) is accepted.

      Signed this 19th day of August, 2025.

                                                                           ALAN D ALBRIGHT
                                                                          UNITED STATES DISTRICT JUDGE